IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10-cr-20-MEF |
| | ) | |
| DAWIE GROENEWALD | ) | |

ORDER

Upon consideration of the Government's unopposed Motion to Correct Address of Recipient (Doc. #___), filed on April 23, 2010, and for good cause, it is

ORDERED that the Motion is GRANTED.

DONE this _____ day of April, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE