IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 2:10CR000020-001 |
| DAWIE GROENEWALD, | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

BY:   /s/ R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        BAR NO. 9083-E56R
        P.O. Box 197
        Montgomery, AL 36101
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7201
        E-Mail: **rand.neeley@usdoj.gov**

Dated: May 11, 2010

Judgment Dated April 14, 2010

Judge: Mark E. Fuller

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment upon **Dawie Groenewald**, defendant, by mailing a copy of same, first class, postage prepaid, addressed to 150 Riverview Road, Autaugaville, AL 36003, this the 11th day of May, 2010.

/s/ R. Randolph Neeley
Assistant United States Attorney

Post Office Box 197
Montgomery, AL 36101
Office: (334) 223-7280
 Fax: (334) 223-7201